No. 11, Original. MISSISSIPPI v. LOUISIANA, *ante,* p. 5;

No. 43. WADE ET UX. v. MICHIGAN, *ante,* p. 802;

No. 77. WOLCHER v. UNITED STATES, *ante,* p. 822;

No. 86. CRIST v. WASHINGTON, VIRGINIA & MARYLAND COACH CO., INC., *ante,* p. 823;

No. 106. LEIGHTON v. SECURITIES & EXCHANGE COMMISSION, *ante,* p. 825;

No. 113. JEOFFROY MFG., INC. v. GRAHAM, *ante,* p. 826;

No. 127. SICKLES v. GRAYBAR ELECTRIC CO., *ante,* p. 827;

No. 135. ECHELES ET AL. v. UNITED STATES, *ante,* p. 828;

No. 143. ANDERSON, ADMINISTRATRIX, v. ATLANTIC COAST LINE RAILROAD CO., *ante,* p. 807;

No. 173. PACE v. TOMLINSON, DIRECTOR OF INTERNAL REVENUE, *ante,* p. 832;

No. 179. MITCHELL v. UNITED STATES, *ante,* p. 832;

No. 212. BURKHALTER v. LIBERTY MUTUAL INSURANCE COMPANIES, INC. ET AL., *ante,* p. 805;

No. 216. ITEM COMPANY v. NATIONAL LABOR RELATIONS BOARD, *ante,* p. 836;

No. 235. FAIRMONT ALUMINUM CO. v. COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 838;

No. 293. COSPER v. ILLINOIS, *ante,* p. 844;

No. 299. LANDELL, EXECUTOR, ET AL. v. NORTHERN PACIFIC RAILWAY CO., FORMERLY THE SUPERIOR & ST. CROIX RAILWAY CO., *ante,* p. 844;

No. 53, Misc. ROUSSEAU v. HURTADO, EXECUTRIX, ET AL., *ante,* p. 851;

No. 118, Misc. KEITHLEY v. ILLINOIS, *ante,* p. 854; and

No. 164, Misc. CRABTREE v. UNITED STATES, *ante,* p. 867. Petitions for rehearing denied.